# United States Court of Appeals
# for the Fifth Circuit

————————

No. 24-20203
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

October 29, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Matthew Dowell,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CR-719-5

————————————————————

Before Smith, Graves, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Matthew Dowell was convicted of conspiracy to advertise child pornography. He was sentenced to 180 months of imprisonment and a life term of supervised release. He now appeals the district court's denial of two motions he filed seeking certain relief.

————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-20203

Dowell's two motions included requests that the district court (1) withdraw its nonbinding recommendation to the Bureau of Prisons (BOP), (2) order the BOP to allow Dowell computer access for legal research, and (3) modify the restitution order. These requests do "not fall into any of the recognized categories of postconviction motions" for federal prisoners. *United States v. Varner*, 948 F.3d 250, 253 (5th Cir. 2020). Accordingly, Dowell's motions amount to "unauthorized motion[s] which the district court was without jurisdiction to entertain." *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994); *see Varner*, 948 F.3d at 254. Thus, Dowell has appealed from the denial of "meaningless, unauthorized" motions. *Early*, 27 F.3d at 142.

Dowell's appeal is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2. His motions for the appointment of appellate counsel and consolidation of appeals are DENIED as moot.